UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| IN RE  CAROL A. BRINKLEY | * | Case No. 18-15991 |
| Debtor . | * | Chapter 13 |
| * * * * * * | * | |
| CAROL A. BRINKLEY | * | |
| Movant | * | |
| v. | * | |
| CAPITAL ONE AUTO FINANCE | * | |
| * * * * * * | * | |

**DEBTORS' MOTION TO AVOID LIEN AND
DETERMINE SECURED STATUS**
(Pursuant to 11 U.S.C. § 522(f))

COMES NOW THE DEBTOR, Carol A. Brinkley, by and through the undersigned counsel, and pursuant to 11 U.S.C. § 522(f) and Fed. R. Bank. P. Rule 3012, and files this motion to avoid the lien of claim no. 1 (the "Claim") of her 2012 Toyota Highlander. In support thereof, the Debtor respectfully represents as follows:

### INTRODUCTION

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This motion is a core proceeding under 28 U.S.C. § 157(b). Venue is proper 28 U.S.C. §§ 1408 and 1409.

2. The Debtors filed for bankruptcy protection on April 19, 2018.

3. The Respondent filed its proof of claim, no 1, on May 9, 2018, claiming the Debtor(s) is in debt to the respondent in the amount of $ 21,999.69, and claiming its market value is $18,100.00.

4. The replacement value of the Vehicle as per NADA Guides is $15,975.00.

**RELIEF SOUGHT**

5. Based on the facts laid out above, the Debtors seeks an Order finding that the Respondent's security interest in the Debtor's 2012 Toyota Highlander is $15,975.00 with an interest rate of 5.75% (*Till v. SCS Credit Corporation*, 541 U.S. 465).

WHEREFORE, the Debtor(s) respectfully request that the Court enter an Order finding the Respondent's security interest in the 2012 Toyota Highlander is $15,975 with an interest rate of 5.75%.

  /s/ John P. Roberts
John P. Roberts, Bar No. 17578
The John Roberts Law Firm, PC
348 Thompson Creek Mall #212
Stevensville, MD 21666
202-350-0336

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2018, a copy of DEBTORS' MOTION TO AVOID LIEN AND DETERMINE SECURED STATUS was served upon the following party or parties either electronically via the court's ECF:

US TRUSTEE'S OFFICE
Robert Thomas II Ch 13 Trustee

I hereby further certify that on the 10th day of October 2018 a true and correct copy of the DEBTORS' MOTION TO AVOID LIEN AND DETERMINE SECURED STATUS was mailed to the respondent and its agent at the addresses below by US Mail, postage prepaid to:

Rejoy Nalkara, Claims Processor
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
ecfnotices@ascensioncapitalgroup.com
*Address on Proof of Claim*, Claim no. 1

2

Richard D. Fairbank, CEO and President
Capital One Auto Finance
Capital One Financial Corporation,
1680 Capital One Drive
McLean, VA, 22102-3491.
*Address of Corporate Officer*


CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET
SUITE 820
BALTIMORE MD 21202
*Registered Agent for Service of Process*

    /s/  John P. Roberts
John P. Roberts, Bar No. 17578
The John Roberts Law Firm, PC
210 E. Lexington St., Suite 407
Baltimore, MD 21202
213-440-0288